FILED
2006 Oct-04 AM 09:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

1983 Form

# In the United States District Court
## For the Northern District of Alabama

FILED
06 OCT -2 PM 2:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

Corey Edward Winfield
_____
_____

CV-06-JEO-1989-S

(Enter above the full name(s) of the plaintiff(s) in this action.)

v

United States
Alabama Department of Correction
Warden Nettles
Donald Cunningham

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (✗)

B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit

      Plaintiff(s): _____ N/A _____

      Defendant(s) _____ N/A _____

   2. Court (if Federal Court, name the district; if State Court, name the county)

      _____ N/A _____

   3. Docket Number _____ N/A _____

   4. Name of judge to whom case was assigned _____ Judge John Otts _____

5. Disposition (for example: Was the case dismissed? **no** Was it appealed? **no** Is it still pending? **yes**)
    N/A
    N/A

6. Approximate date of filing lawsuit __2003 Nov,__

7. Approximate date of disposition __2002 Sept,__

II. Place of present confinement __Bullock County Correctional Facility__

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )    No (✓)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes (✓)    No ( )

   C. If your answer is YES:

      1. What steps did you take? __I feed out a 1983 Forren and motion for a persurdentual Settlment__

      2. What was the result? __No Reply__
         N/A
         N/A

   D. If your answer is NO, explain why not? __N/A__
      N/A
      N/A
      N/A

III. Parties
   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) __Corey Edward Winfied 182287__
      __W.E. Donaldson Correctional Facility__
      __100 Warrior Lane__
      Address __Bessemer Alabama 35023-7299__

-2-

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B. Defendant **Donald Cunningham Captain Serviet Kettles**
is employed as **Bullock County Correctional Facility**
at **P.O. Box 5107 Union Spring Ala. Fl/82 36089**

C. Additional Defendants **Lt. Steven, Sgt Ruehfing, C.O.I Huber, C.O.I. Forester, Sgt Smith, Sgt Cuenzegnesen, C.O.I Carey, C.O.I Johnson, C.O.I Fitzpatrick, C.O.I Bounds, Worden Boyd, C.O.I Mr. Smith, Sgt Peckey**

## IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

I Inmate Carey Edward Winfield do hereby suing the United States For Seven hundred and fifty million Dollars in permitting damageges cause by government employee and the Alabama department of ___ December of the year 2005 at the segration Unite. Well I was brutally beaten by Officers of Bullock County Correction Facility I Am Sueing under the Federo trade Ack of Federo Civil Review 2006: For the amount In Settlement of $750,000,000,000.00 Dollars

Because of nugegent and carelessness and Like of Repect for human Right, and person welfair Assult, Attempmurder herressment Aggervalded Assult, Conspirstrating, Extortion, Blackmail, mail tamering, Forregatte, Rober, and Louder of my charecord these are same of my charge less, I have a gearer the AUCC.

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am ask the Court to Grant me a out of court Settlement For $750,000,000,000.00 Seven Hunred and Fifty million Dollar $ Send me a check. And thon thing well be Settle One and For Qll. PS Sincerely, Respectful Inmate... #AIS180239 Carey E Winfield

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/25/2006
(date)

Carey E Winfield
_____
Signature(s)

- 4 -