FILED
2006 Oct-04 AM 09:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

# In the United States District Court
## For the Northern District of Alabama

CV-06-JEO-1989-S

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, _____Edward Winfield 180239 AIS#_____

declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes ( )   No (✓)

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.
   _____N/A_____
   _____N/A_____

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
   _____Labor Force Minus Wage_____
   _____Lost day work 6/14/93_____

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or form of self-employment?   Yes ( )   No (✓)
   b. Rent payments, interest or dividends?   Yes ( )   No (✓)
   c. Pensions, annuities or life insurance payments?   Yes ( )   No (✓)
   d. Gifts or inheritancess?   Yes ( )   No (✓)
   e. Any other sources?   Yes ( )   No (✓)

   If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. __N/A__
   _____N/A_____
   _____N/A_____
   _____N/A_____
   _____N/A_____

3. Do you own cash, or do you have money in a checking or savings account?

   Yes ( )   No (✓)   (Include any funds in prison accounts.)

   If the answer is "Yes," state the total value of the items owned.
   _____N/A_____
   _____N/A_____
   _____N/A_____
   _____N/A_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ( )   No (✓)

   If the answer is "yes," describe the poroperty and state its approximate value.
   _____n/a_____
   _____n/a_____
   _____n/a_____
   _____n/a_____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   _____n/a_____
   _____n/a_____
   _____n/a_____
   _____n/a_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on __9/25/06__
                (date)

__Carey E Winfield__
Signature of Petitioner

CERTIFICATE

I hereby certify that the petitioner herein has the sum of $54.25 on account to his credit at the __W.E. Donaldson Correction Facility__ institution where he is confined on this __9/25/2006__
                (date)

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.)

1. $ 57.25 on the 1st day of April
2. $ 57.25 on the 1st day of May
3. $ 57.25 on the 1st day of June
4. $ 57.25 on the 1st day of July
5. $ 57.25 on the 1st day of Aug.
6. $ 54.25 on the 1st day of Sept.

__Inmate money has been serpended.__

__James A. Beasham__
Authorized Officer of Institution