FILED
2006 Oct-24 PM 01:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CAREY EDWARD WINFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:06-cv-01989-JEO |
| ) | |
| UNITED STATES, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

In accordance with the memorandum opinion, the Clerk of this Court is **DIRECTED** to transfer this action to the United States District Court for the Middle District of Alabama.

**DONE**, this the 24th day of October, 2006.

*John E. Ott*
JOHN E. OTT
United States Magistrate Judge