IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

CAREY EDWARD WINFIELD, #180 239   *

    Plaintiff,   *

    v.   *   2:06-CV-995-WKW

UNITED STATES, *et al.*,   *

    Defendants.   *

_____

**O R D E R**

Plaintiff, an inmate incarcerated at the Bullock Correctional Facility in Union Springs, Alabama, filed this 42 U.S.C. § 1983 action on October 2, 2006.[1] Plaintiff submitted a motion for leave to proceed *in forma pauperis*. Upon review of the motion, the court finds that Plaintiff has not submitted any information regarding his inmate account.

Pursuant to the fee provisions of 28 U.S.C. § 1915(b)(1), the court requires Plaintiff to submit an inmate account statement reflecting the average monthly balance in his prison account and the average monthly deposits to his account for the 6-month period *immediately* preceding the filing of this complaint. Plaintiff, therefore, shall be granted additional time to provide the court with current information regarding his inmate account so the court may determine whether he should be allowed to proceed *in forma pauperis* in this cause of action.

---

[1] Plaintiff originally filed this action in the United States District Court for the Northern District of Alabama. By order entered October 24, 2006 the United States District Court sitting in the Northern District of Alabama transferred Plaintiff's complaint to this court.

Accordingly, it is ORDERED that:

1. On or before November 20, 2006 Plaintiff shall submit an inmate account statement reflecting the average monthly balance in his prison account and the average monthly deposits to his account for the 6-month period *immediately* preceding the filing of the instant complaint. Plaintiff is cautioned that his failure to comply with this Order will result in a Recommendation by the undersigned that this case be dismissed; and

2. The Clerk of Court SEND a copy of this order to the account clerk at the Bullock Correctional Facility.

Done, this 6th day of November 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE