IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAREY EDWARD WINFIELD, #180239 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-995-WKW |
| ) | [wo] |
| UNITED STATES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On January 5, 2007, the Magistrate Judge filed a Recommendation (Doc. # 7) that this case is due to be dismissed without prejudice to which no objection was made. After an independent review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Recommendation (Doc. # 7) of the Magistrate Judge is ADOPTED;

2. The case is DISMISSED without prejudice for Plaintiff's failures to comply with the orders of the court and to prosecute this action.

An appropriate judgment will be entered.

DONE this 7th day of February, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE