IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAREY EDWARD WINFIELD, #180 239 | * |
| Plaintiff, | * |
| v. | *   2:06-CV-995-WKW |
| UNITED STATES, *et al.*, | * |
| Defendants. | * |

# ORDER

By order filed November 6, 2006 the court directed Plaintiff to submit an inmate account statement reflecting the average monthly balance in his prison account and the average monthly deposits to his account for the 6-month period *immediately* preceding the filing of this complaint. Plaintiff has submitted nothing in response to the court's order. Accordingly, it is,

ORDERED that on or before **December 6, 2006** Plaintiff shall show cause why this case should not be dismissed for his failure to comply with the court's November 6, 2006 order. In filing his response, Plaintiff shall advise the court of whether he requested prison officials to provide the inmate account information or whether he has chosen not to submit this information. If Plaintiff does not wish to continue with this cause of action, he shall so advise the court and file a motion to dismiss.

Plaintiff is cautioned that his failure to file a response to this order will result in a

Recommendation that this case be dismissed.

Done, this 27th day of November 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE

Dear Judge Coody,
Sir I have only $57.25 in my Account now As of this Day 11/28/06 I have $54.25
I do not get anting money in on a regler Bosice
I have this 57.25 on the Book one holed year,

Jun $57.25
Jul $57.25
Aus $54.25  } my mouthLy accout amouth
Sept $54.25
Oct $54.25
nov $54.25

Signd Casey [signature]

{ Carey E. Winfield }
{ VS }
{ A.D.O.C. }
{ United States }

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 05 2007

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

1:07-cv-0035

-JEC

Date 12/30/2006

<u>Motion</u>

I <u>Carey Edward Winfield</u> hereby Motion to appeal case No. # CV-06-JEO-1989-S Carey Edward Winfield VS A.D.O.C. Act of trad Inprimetive Dammergest agant the United States for 6 Billion Dollars also Seek inunctive relief do to Excessive force and other Abuse by Jail and Prison Officals.

ATTEST: A TRUE COPY
CERTIFIED THIS
FEB 21 2007
James N. Hatten, Clerk
By: _____ Deputy Clerk

**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Hugo L. Black United States Courthouse
Room 140, 1729 5th Avenue North
Birmingham, AL 35203
(205) 731-1700

RECEIVED

2007 MAR 26  A 10: 48

[stamp: U.S. DISTRICT COURT MIDDLE DISTRICT AL]

Sharon N. Harris
Clerk

March 23, 2007

Middle District of Alabama
Yvonne Goodloe
P.O. Box 711
Montgomery, AL 36101

    RE: Carey E. Winfield
    Your Case No.: 2:06-CV-995-WKW

Dear Ms. Goodloe:

Could you please help straighten out a situation that I have encountered? Our office is in receipt of paperwork from plaintiff Carey E. Winfield, which is attached. It appears that he is trying to appeal the order entered in your court dated November 27, 2006, instead of our case, CV 06-JEO-1989-S. Our case was filed in on October 2, 2006 and was closed and transferred to your district on October 24, 2006. I have attached a copy of our docket sheet for your convenience. Mr Carey filed his papers in the Atlanta office on January 5, 2007. They in turn sent them to the Middle District of Alabama for your court to handle. Then your court sent them to our court, since Mr Carey put our case number on the pleading. We in turn sent them back to your office since the case was transferred to your district and nothing has been done in our court. Our case has been closed for 2 ½ months. It appears that Mr Winfield has put the incorrect case number on his motion to appeal and has attached the incorrect paperwork, which came from our court. I have also attached the memorandum opinion and the order transferring the case to your district. Mr Carey seems to be confused about which case number goes with what. Could you please check this out for me and see where these papers need to be filed?

I really appreciate your taking the time to help me sort out this problem. If you need to contact me, call me at (205) 278-1777.

Sincerely,

*Kathy Englebert*

Kathy Englebert
Deputy Clerk

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

FILED
2007 MAR 22 PM 12: 53

For rules and forms visit
www.call.uscourts.gov

March 22, 2007

Sharon Harris
Clerk, U.S. District Court
1729 5th Avenue N. STE 140
Birmingham, AL 35203-2050

    RE: Carey E. Winfield
    DC No. 06-JEO-1989-S

Dear Ms. Harris:

    The enclosed motion was forwarded to your office for review as a possible Notice of Appeal. However, the motion was forwarded to the Middle District of Alabama, Montgomery who in turn forwarded back to this office.

    After review from this office as well as the Northern District Court of Georgia, it appears that this document should ,in fact, be reviewed and disposed of in your court.

                Sincerely,

                THOMAS K. KAHN, Clerk

       By _____
                CaCelia Williams
                Assistant Supervisor, Case Initiation

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.call.uscourts.gov

February 26, 2007

Sharon Harris
Clerk, U.S. District Court
1729 5th Avenue N. STE 140
Birmingham, AL 35203-2050

    RE: Carey E. Winfield
    DC No. 06-JEO-1989-S

Dear Ms. Harris:

    Enclosed is a motion erroneously forwarded to the Northern District of Georgia and now to your court for review. The District Court of Georgia has suggested that this is a possible notice of appeal (See 2/21 Order). *If this is indeed a valid notice of appeal,* please file as of the date received by their court (January 5th) ~~by this court~~, in accordance with Fed.R.App.P. 4(a)(1).

                      Sincerely,

                      THOMAS K. KAHN, Clerk

              By _CaCelia Williams_
                 CaCelia Williams
                 Assistant Supervisor, Case Initiation

United States District court
Office of the Clerk
Northern District of Alabama
Room 140
United States Courthouse
1729 5th Avenue North
Birmingham, Alabama 35203

This is to confirm that on __10/2/06__, you filed a civil action in the U. S. District Court, Northern District of Alabama. The action was styled:

__Winfield v United States, et al__ and was assigned

CV-06-JEO-1989-S

docket number CV_____. This docket number must be included on all future pleadings and correspondence involving this action.

All pleadings and correspondence must be sent to the address in the above left-hand corner.

This office will keep you informed of the status of your action by sending you copies of all orders entered by the Court.

It is your responsibility to keep the Court informed of your current address. Failure to do so may result in the dismissal of your action.

SHARON N. HARRIS
CLERK OF COURT



Cathy Mullikin/ALMD/11/USCOURTS
03/06/2007 06:40 AM

To: Yolanda Williams/ALMD/11/USCOURTS@USCOURTS
cc:
Subject: Re: 2:06cv995 Winfield vs. USA

Hi Yolanda,

Winfield specifically indicates that he wants to appeal case number CV-06-JEO-1989-S. That case was filed in the Northern District of Alabama. Although the Northern District transferred that case down here, in light of the fact that Winfield says he wants to appeal that specific case number, I would send the pleadings to the Northern District so that they can docket Winfield's request in the case number specified by him. Additionally, his request to appeal was filed the same day that we entered the Recommendation in 06-995 so he did not even have a copy of that document at the time he wrote his letter requesting an appeal.

If you have any questions, please let me know.

Thanks.

---

Cathy Mullikin
Staff Attorney
USDC M.D. Ala.
334.954.3931

Yolanda Williams/ALMD/11/USCOURTS

Yolanda Williams/ALMD/11/USCOURTS
03/05/2007 10:49 AM

To: Cathy Mullikin/ALMD/11/USCOURTS@USCOURTS
cc:
Subject: 2:06cv995 Winfield vs. USA

Good morning Cathy,

I am not sure as to what mr. Winfield is filing and the only case
I see filed for this court is 2:06cv995, however the order attached is
the 11/27/06 Order to show cause. Cathy help! what should this
pleading be filed as? Please advise.


06cv995winfieldpleading.pdf

Thanks!!!!!

Yolanda Williams
APPEALS CLERK
USDC MDA - Montgomery
334 954-3610

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CAREY EDWARD WINFIELD, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 1:07-CV-0035-JEC |
| | : | |
| A.D.O.C., et al., | : | |
| Defendants. | : | |

### ORDER

Carey Edward Winfield is an inmate at an unspecified state prison in Union Spring, Alabama. In 2006, Mr. Winfield filed four civil rights complaints in the Middle District of Alabama. One of those actions remains pending and the other three were dismissed.

The instant action appears to be an attempt to appeal the dismissal of one of his Alabama complaints, and Mr. Winfield sent the pleading here when he perhaps intended to send it to the Eleventh Circuit. Certainly, this Court enjoys no jurisdiction over Mr. Winfield's claims.

Accordingly,

**IT IS HEREBY ORDERED** that the instant action be **ADMINISTRATIVELY CLOSED**.

The Clerk is **DIRECTED** to forward the materials sent to this Court by Mr. Winfield to the United States Court of Appeals for the Eleventh Circuit.

**IT IS SO ORDERED**, this 20 day of February, 2007.

ATTEST: A TRUE COPY
CERTIFIED THIS

FEB 21 2007

James N. Hatten, Clerk
By: [signature]
Deputy Clerk

JULIE E. CARNES
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)

**Other Orders/Judgments**
1:07-cv-00035-JEC Winfield v. A. D. O. C. et al

## U.S. District Court

## Northern District of Georgia

Notice of Electronic Filing

The following transaction was received from ddm entered on 2/21/2007 at 3:43 PM EST and filed on 2/21/2007

**Case Name:** Winfield v. A. D. O. C. et al
**Case Number:** 1:07-cv-35
**Filer:**
**Document Number:** 2

**Docket Text:**
ORDER ADMINISTRATIVELY CLOSING this civil action. The Clerk is directed to forward the materials sent to this Court by Mr. Winfield to the United States Court of Appeals for the Eleventh Circuit. Signed by Judge Julie E. Carnes on 2/20/07. (certified copies of Order and Complaint sent to USCA)(ddm)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=2/21/2007] [FileNumber=1693698-0
] [65967d64364376a650a6ab19166c2b2f5b8f74bb169c06d6889a9641fe86f09046d
3374014732de3fc8d6135fa2433be653ad955c65f2b4ff2594d4bf55b8765]]

**1:07-cv-35 Notice will be electronically mailed to:**

**1:07-cv-35 Notice will be delivered by other means to:**

Carey Edward Winfield
180239
P. O. Box 5107
Union Spring, AL 36089

1:07-CV-0035

# CIVIL COVER SHEET FOR A PRISONER CASE

JUDGE _____  DIVISION _ATLANTA_

MAG. JUDGE _____ REFER ____ (Y/N)  IFP ____ FEE PAID _N_

DATE FILED _1/5/07_  PREVIOUS CASES _N_ (Y/N)

NAME _Carey Edward Winfield_ I.D. # _180939_

PRO SE _✓_  ATTORNEY _____

                                             JEC

PLACE OF INCARCERATION _____

CITY/STATE _Union Springs AL_ COUNTY _____

| JURISD. | NOS | CAUSE | DESCRIPTION |
|---|---|---|---|
| 3 | 530 | ___ 28:2254 | Habeas action by a State prisoner challenging state conviction or sentence. |
| 3 | 535 | ___ 28:2254d | Habeas action by a State prisoner under a DEATH sentence. ___SEND TO DISTRICT JUDGE. |
| 3 | 530 | ___ 28:2241st | Habeas action by a State prisoner or detainee challenging matters other than conviction or sentence (e.g., parole revocation, loss of good time credit, etc.). |
| 2 | 530 | ___ 28:2241fd | Habeas action by a Federal prisoner or detainee challenging matters other than conviction or sentence (e.g., parole revocation, loss of good time credit, etc.). |
| 3 | 550 | ✓ 42:1983pr | State or Federal prisoner civil rights action suing state officials not involving prison conditions. |
| 2 | 550 | ___ 28:1331pr | Prisoner civil rights action suing federal officials not involving prison conditions. (a/k/a "Bivens action"). |
| 3 | 555 | ___ 42:1983pr | State prisoner civil rights action involving prison conditions. |
| 2 | 555 | ___ 28:1331pr | Prisoner civil rights action suing federal officials involving prison conditions. (a/k/a "Bivens action"). |
| 2 | 540 | ___ 28:1346 | Prisoner Federal Tort Claim. (against U.S.). |
| 2 | 540 | ___ 28:1361pr | Action to compel U.S. officer to perform a duty - MANDAMUS. |
| 4 | 540 | ___ 28:1332 | Any prisoner action based on diversity. |
| ___ | 540 | ___ _____ | OTHER: _____ |

___ DOCKET CLERK: Place cover sheet in acco on top of docket sheet and file, and FORWARD to Mag. Judge assigned for ifp and/or frivolity determinations.

___ STAFF LAW CLERK:
 ___ Pauper's affidavit insufficient or no affidavit
 ___ Complaint or petition not signed or is incomplete
 ___ No copies
 ___ Other _____

JEC
EU
550
42:1983pr